IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSVALDO GUTIERREZ, ) <br> LUIS GUTIERREZ, ALBERTO ) <br> CAMARGO, RAMÓN ANDRADE ) <br> SILVIA CUELLAR and ISRAEL ) <br> REYES, on their own behalf and others ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PLAZA SECURITY, LLC; ) <br> JAMES ESTLUND; and ) <br> JANETH ESTLUND, individually and ) <br> as owners of the corporate Defendant, ) | CIVIL ACTION FILE <br> NO: 1-11-CV-03474-WSD <br><br> FAIR LABOR STANDARDS ACT <br> COLLECTIVE ACTION |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court on the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised, hereby **ORDERS**:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3. This cause is hereby **DISMISSED** with prejudice, with costs and fees to be

1

paid pursuant to the terms of the Settlement Agreement.

**DONE AND ORDERED** this 28th day of September, 2012.

_____
United States District Court Judge